## Méndez *v.* El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Ponce.

No. 26.—Resuelto en marzo 21, 1907.

Inscripción—Defecto Insubsanable—Mandato—Mandatario.—El mandatario debe ajustarse en la ejecución del mandato á las instrucciones recibidas de su poderdante, y autorizado un mandatario, en el caso de autos, para recibir, á nombre de sus poderdantes (como marido y mujer), la escritura de venta de una casa y solar, no ha podido, sin faltar á las instrucciones recibidas, aceptar dicha escritura, á nombre de uno solo de ellos, cuando debió haberla aceptado á nombre de ambos esposos, y por consiguiente, no habiéndose ajustado el apoderado al mandato que se le confiriera, adolece la escritura de un defecto insubsanable que impide su inscripción en el Registro.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Gabriel Guerra.*

El Juez Presidente Sr. Quiñones emitió la opinión del tribunal.

Visto el presente recurso gubernativo interpuesto por el Abogado Don Gabriel Guerra y Acosta, á nombre de Don Angel Ma. Méndez, contra nota denegatoria del Registrador de la Propiedad de Ponce á inscribir una escritura de compraventa.

*Resultando:* Que por escritura pública otorgada en esta capital, ante el notario de la misma, Don Julio César González y González, en 15 de octubre del año próximo pasado, Don Eduardo Acha y Caamaño, por sí y como apoderado de su esposa Doña Mercedes Gavarain y Besosa, según el que le confiriera en la ciudad de Ponce el 23 de octubre de 1902 ante el Notario Don Manuel León, con facultades expresas para comprar y vender bienes de todas clases, vendió real y efectivamente á Doña Dolores Goicochea y Alvarez, por conducto de su apoderado Don Manuel G. Gonzalez, un solar con casa, sitos en la calle de Vives, barrio 2ª., de la misma ciudad de Ponce, que le correspondía en propiedad, en unión de su

citada esposa Doña Mercedes Gavarain y Besosa, en precio y cantidad de 1,400 dollars, que recibió el vendedor ante el notario y testigos instrumentales en el acto del otorgamiento de la escritura.

*Resultando:* Qué presentada ésta en el registro de la propiedad de aquella ciudad, en unión de una copia testimoniada del poder conferido al Don Manuel G. González por los esposos Don Angel María Méndez y Añeses y Doña Dolores Goicochea y Alvarez, ante el notario de Ponce, Don Gustavo Rodríguez y Acevedo, en 9 de octubre último, especial para que, representando á los esposos otorgantes, concurriera al otorgamiento de la escritura que á favor de ellos habían de hacer Doña Mercedes Gavarain y Besosa y su legítimo esposo Don Eduardo Acha, vecinos de esta ciudad de San Juan, sobre venta de una casa y solar, radicados en la calle de Vives, de la misma ciudad de Ponce, marcada con el número 40 del Gobierno, y para que en el acto del otorgamiento de la escritura pagara á los vendedores el precio ajustado y convenido de 1,400 dollars y aceptara á nombre de sus poderdantes, la venta referida, y recibiera y firmara la escritura, con todas las cláusulas necesarias al efecto; y que solicitada la inscripción de dicha escritura, la denegó el registrador por los motivos consignados en la nota que puso al pié de dicho documento, la que, copiada á la letra, dice así:

"Denegada la inscripción del precedente documento, porque la adquisición realizada por Don Manuel G. González en virtud del poder que le confirieron los esposos Don Angel María Méndez y Añases y Doña Dolores Goicochea y Alvarez, es distinta de la que comprende el mandato especial que éstos le otorgaron; y porque las diferencias que se observan entre la discripción que se hace de la finca en el registro y la que del título resulta, hacen dudosa su identificación; y tomada en su lugar anotación preventiva por cuatro meses al fólio 238 vuelto del tomo 122 de esta ciudad, finca No. 1954 duplicado, anotación letra "A".—Ponce y octubre 24 de 1906."

*Resultando:* que contra esta nota interpuso el abogado Don Gabriel Guerra, á nombre de Don Angel María Méndez,

el presente recurso gubernativo para que se revocara dicha nota y se ordenara al registrador la inscripción de la escritura.

*Considerando:* Que con arreglo al artículo 1621 del Código Civil Revisado, en armonía con el 1719 del antíguo, "en la ejecución del mandato, ha de arreglarse el mandatario á las instrucciones del mandante"; y que siendo especial el poder conferido á Don Manuel G. González por los esposos Don Angel María Méndez y Añeses y Doña Dolores Goicochea y Alvarez para recibir, á nombre de ambos esposos, la escritura de venta que habían de otorgarles Doña Mercedes Gavarain y Besosa y su legítimo esposo Don Eduardo Acha, de la casa y solar de la calle de Vives á que se refiere dicho poder, no ha podido, sin faltar á las instrucciones que recibiera de sus poderdantes, aceptar la escritura de la casa y solar de que se trata, á nombre sólo de Doña Dolores Goicochea y Alvarez, cuando debió ser á nombre de ambos esposos, como decía el poder, y por consiguiente que no habiéndose ajustado el apoderado Don Manuel G. González al cumplimiento de las instrucciones de sus poderdantes, adolece la escritura de que se trata de un defecto insubsanable que impide su inscripción en el registro de la propiedad.

*Vistos* el artículo citado del Código Civil vigente; el 65 de la Ley Hipotecaria y el 110 del Reglamento.

*Se confirma* la nota del Registrador de la Propiedad de Ponce denegatoria de la inscripción de la expresada escritura, y devuélvasele, en unión de los demás documentos presentados, con copia certificada de la presente resolución, para su conocimiento y demás efectos que procedan con arreglo á derecho.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.